```
ADAM L. BRAVERMAN
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8266
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$20,720.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | Case No. **'18CV0247 DMS MDD**<br><br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendant, $20,720.00 IN U.S. CURRENCY ("$20,720 in currency"), plaintiff UNITED STATES OF AMERICA alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355(a), and Title 31, United States Code, Section 5317(c), because the defendant $20,720 in currency constitutes property involved in a conspiracy to fail to report the exportation out of the United States and into a foreign country of U.S. currency and monetary instruments valued at more than $10,000.00 by persons with the intent to evade the currency reporting requirements of Title 31, United States Code,

USAO:2018v00026:BCS/bfs

1  Section 5316, in violation of Title 18, United States
2  Code, Section 371, and Title 31, United States Code,
3  Sections 5324(c) and (d).
4      2. Venue is proper in this district pursuant to
5  Title 28, United States Code, Section 1395 because the
6  defendant $20,720 in currency was found in this district.
7      3. On April 19, 2017, in the Southern District of
8  California, at the San Ysidro Port of Entry ("POE"),
9  Customs and Border Protection ("CBP") officers were
10 conducting an outbound operation, inspecting vehicles and
11 travelers as they exited the United States and entered
12 the Republic of Mexico.
13     4. At approximately 12:55 p.m., Sarita Luna
14 ("Luna") as driver and Nestor Alvarado Avila ("Alvarado
15 Avila") as passenger in a 2005 Jeep Cherokee SUV with
16 California license plates arrived at the POE and
17 attempted to exit the United States and enter the
18 Republic of Mexico through the vehicle outbound lanes.
19     5. CBP Officer Rodriguez approached the 2005 Jeep
20 Cherokee SUV, and asked Luna and Alvarado Avila, among
21 other things, the dollar amount of the currency or
22 monetary instruments they were carrying.
23       A. Driver Luna said she had no money with her,
24 only a credit card.
25       B. Passenger Alvarado Avila said he was
26 traveling with no money
27       C. Driver Luna said they were going to visit
28 the beach at Rosario, Baja California, Mexico.

       D. CBP Officer Rodriguez repeated his question to both travelers, and asked them how much money they were carrying.

       E. Both Luna and Alvarado Avila insisted they were carrying no money, only the credit card.

6. Officer Rodriguez referred the 2005 Jeep Cherokee SUV and the travelers to the nearby vehicle secondary area for a more thorough inspection.

7. Upon arriving at the vehicle secondary inspection area, CBP Officer Rodriguez requested CBP Canine Enforcement Officer ("CEO") Sanders use his CBP currency and firearms detection dog, "Bongo", to screen the vehicle.

       A. Bongo was trained to seek out odors associated with firearms and large amounts of currency.

       B. When Bongo detected odors associated with firearms and large amounts of currency, he was trained to display a behavior or alert.

       C. CBP CEO Sanders was trained and experienced working with Bongo, and was skilled at observing Bongo's alerts.

8. CEO Sanders exposed Bongo to the 2005 Jeep Cherokee SUV and some of its interior spaces.

9. Bongo alerted to a trained odor emanating from four (4) white paper envelopes hidden under the driver's seat of the Jeep Cherokee.

       A. CEO Sanders reported Bongo's alert to CBP Officer Rodriguez, and explained the significance.

10. Luna and Alvarado Avila were escorted to the near by POE security office.

11. The four white envelopes discovered hidden under the driver's seat were collected and examined.

    A.   The white envelopes were filled with a large amount of U.S. currency.

    B.   The four white paper envelopes and contents were taken to the security office.

    C.   In the presence of Luna and Alvarado Avila, the currency in the four white envelopes was combined and counted.

    D.   The dollar value of the currency discovered in the white envelopes was determined to be $20,720.00 in U.S. currency.

    E.   The currency discovered in the four white paper envelopes is the defendant $20,720 in currency.

12. Homeland Security Investigations ("HSI") Special Agent Mazzulli was summoned to the San Ysidro POE. Upon his arrival, the agent was briefed regarding the events that transpired involving the two travelers and the seizure of the defendant $20,720 in currency.

13. The HSI agent advised driver Luna of her Fifth Amendment or Miranda rights to remain silent and to the assistance of legal counsel.

    A.   Driver Luna agreed to waive her rights and participate in an interview.

    B.   Luna told the agent she knew the defendant $20,720 in currency was in the vehicle, and that she

intentionally failed to declare the currency to the CBP officers.

14. The HSI agents advised passenger Alvarado Avila of his Fifth Amendment or Miranda rights to remain silent and to the assistance of legal counsel.

   A. Passenger Alvarado Avila agreed to waive his rights and participate in an interview.

   B. Alvarado Avila told the agent he knew the defendant $20,720 in currency was in the vehicle, and that he intentionally failed to declare the currency to the CBP officers.

15. The defendant $20,720.00 IN U.S. CURRENCY constitutes property involved in a conspiracy to fail to report the exportation out of the United States and into a foreign country of U.S. currency and monetary instruments valued at more than $10,000.00 by persons with the intent to evade the currency reporting requirements of Title 31, United States Code, Section 5316, in violation of Title 18, United States Code, Section 371, and Title 31, United States Code, Sections 5324(c) and (d).

16. As a result of the foregoing, the defendant $20,720.00 IN U.S. CURRENCY is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 31, United States Code, Section 5317(c)(2).

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant

$20,720.00 IN U.S. CURRENCY and that due notice be given to all interested parties to appear and show good cause why said forfeiture should not be declared.

DATED: February 2, 2018

ADAM L. BRAVERMAN
United States Attorney

s/ Bruce C. Smith
BRUCE C. SMITH
Assistant U.S. Attorney

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
$20,720.00 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, Phone: (619) 546-8266
USAO, 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)

'18CV0247 DMS MDD

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | [X] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability |  | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / **Habeas Corpus:** |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 530 General |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** |  | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 440 Other Civil Rights / [ ] 550 Civil Rights | [ ] 463 Habeas Corpus - Alien Detainee |  |  |
|  | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. Section 1355(a) and 31 U.S.C. Section 5317(c)
Brief description of cause:
Conspiracy to structure or attempted structuring of U.S. currency

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 02/02/2018
SIGNATURE OF ATTORNEY OF RECORD: s/ Bruce C. Smith

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## VERIFICATION

I, VINCENT MAZZULLI, state and declare as follows:

1. I am a Special Agent with U.S. Homeland Security Investigations, and am one of the agents assigned to this investigation.

2. I have read the foregoing Complaint For Forfeiture and know its contents.

3. The facts set forth in the Complaint For Forfeiture are based upon my own knowledge or were facts furnished to me by other United States federal, state, or local law enforcement personnel, civilian witnesses, or other official Government sources.

Based on this information, I believe the allegations in the Complaint For Forfeiture to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 2/2/18.

VINCENT MAZZULLI, SPECIAL AGENT
U.S. HOMELAND SECURITY INVESTIGATIONS